IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

GORGES/QUIK-TO-FIX FOODS, INC., : Bk. Case No: 00-4437 (MFW)
:
Debtor. : Chapter 7

## TRUSTEE'S CERTIFICATION OF COMPLETION OF ESTATE ADMINISTRATION AND APPLICATION FOR DISCHARGE

The undersigned Trustee (the "Trustee") certifies as follows in connection with the administration of the bankruptcy estate in the above referenced Estate (the "Estate"):

a. All money of the Estate has been distributed to creditors in accordance with the Order of Distribution previously entered in this case;

b. Any unclaimed funds and small dividends have been fully administered pursuant to Section 347 of the Bankruptcy Code;

c. Statements for all Estate deposit or investment accounts are attached hereto as "Exhibit A" and indicate zero balances ;

d. A copy of the Trustee's Form 2 "Receipts and Disbursements Record" is attached hereto as "Exhibit B"; and

e. A copy of the Report for Bankruptcy Judges in Cases to be Closed is attached hereto as "Exhibit C"; and

f. A Revised Proposed Distribution Report detailing the actual distribution to creditors on May 14, 2008 is attached hereto as "Exhibit D"; and

g. The Estate has been fully and properly administered and the Trustee has performed all the duties of a Trustee in connection with the administration of the Estate pursuant to Section 704 of the Bankruptcy Code.

WHEREFORE, the Trustee requests that he or she be discharged and that the above referenced case be closed.

Respectfully submitted,

s/ Michael B. Joseph
Michael B. Joseph, Esquire
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware 19899
302-575-1555
Chapter 7 Trustee

Dated: January 19, 2009

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

GORGES/QUIK-TO-FIX FOODS, INC.,　　　　: Bk. Case No. 00-4437 (MFW)

　　Debtor.　　　　　　　　　　　　　　: Chapter 7

## UNITED STATES TRUSTEE'S STATEMENT OF REVIEW

The U.S. Trustee has reviewed and has no objection to the Trustee's Certification of Completion of Estate Administration and Application for Discharge filed in the above referenced case.

　　　　　　　　　　　　　　　　　　Acting United States Trustee
　　　　　　　　　　　　　　　　　　Region 3

　　　　　　　　　　　　　　　　　　Senior Assistant U.S. Trustee
　　　　　　　　　　　　　　　　　　District of Delaware


Dated: _____　　　　By _____