EXHIBIT A

**JPMorganChase** ⬡

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

November 29, 2008 through December 31, 2008
Account Number: **000312688200366**

00007840 DBI 802 24 00209 - NNNNN   1  000000000  63 0000
00-4437 GORGES QUIK TO FIX FOODS
INC
280030 MICHAEL JOSEPH TRUSTEE
BR 312 55 WATER ST RM 540
NEW YORK NY 10041





## CHECKING SUMMARY



Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$125,370.88** |
| Checks Paid | 1 | - 125,370.88 |
| **Ending Balance** | 1 | **$0.00** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 157 | 12/04 | $125,370.88 |
| **Total Checks Paid** |  | **$125,370.88** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/04 | $0.00 |

00231130030010005602